E-FILED
Friday, 03 February, 2023 02:50:26 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 0 2 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Christopher Sanders,  )
  )
          Plaintiff  )
  )
     vs.  )      Case No. _____
  )      *(The case number will be assigned by the clerk)*
Peoria County Sheriffs dept.  )
Peoria County Jail  )
unknown staff  )
_____  )
_____  )
_____  )
_____  ,  )
  )
         Defendant(s)  )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[x] Unknown  I do not know who fault it was, But it was Clearly a Jail Staff member

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Christopher Sanders

Prison Identification Number: 2100212

Current address: 301 N Maxwell Rd Peoria IL 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Peoria County Sheriffs Department

Current Job Title: 

Current Work Address: 301 N Maxwell Rd Peoria IL 61604

Defendant #2:

Full Name: Peoria County Jail

Current Job Title: 

Current Work Address: 301 N Maxwell Rd Peoria IL 61604

Defendant #3:

Full Name: Unknown Peoria County Jail employee

Current Job Title: _____

Current Work Address  301 N Maxwell Rd
_____ Peoria IL 61604 _____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

    *The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?　　　　Yes ☐　　　　No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒　　　　No ☐

3

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   Sanders V. Turner US Centeral District of IL 22-1191

2. Basic claim made Defendant place me into unit with known enemy

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) dismissed for not exhausting administrative remedies

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐  No ☐

If your answer is no, explain why not This not an issuse of Conditions, and there for is not subject to Prisoner Litigation reform Act and does not require exhausting administrative remedies

C. Is the grievance process completed?  Yes ☐  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  301 N Maxwell Rd Peoria IL 61604

Date(s) of the occurrence  2-2-2021

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On the date above while at the Peoria County Jail I recieved a letter from an unknown person by Mail. This letter was typed (Not hand written), And said letter makes a number of threats, including Hiring gang members to Sexual assalt me among other things. This letter is fairly short and in large bold print.

As a detainee at the Jail I have no means of Typing anything nor does any detainee in the Jail. There for the fact that said letter is typed and not hand written Clearly proves that there is no way possible that the letter could have been manufacterd by myself or and other detainee here at the Jail, And there for would of had to have been given to me by a member of the Jail's staff. Peoria County Jail Staff opens and reviews all incoming personal Mail for contraband and inappropiate content, There for Jail staff

5

knew or reasonably should have known the contence and purpose of said letter.
I still have said letter and envoploe it came in and will produce it to the court for evidence when it is time to do so, The exstream destrubing and graphic natrue of said letter was clearly ment to threaten harass and intemidate me and it has do just that, Sicne recieving said letter Ive had nightmares Anxitey attacks and I am in fear for my well being, Also I feel that Jail Staff assisted this unknown Person who sent this letter in achieving their goal in Cuasing me fear and mental and emotional distress

## RELIEF REQUESTED

(State what relief you want from the court.)

I'm Seeking $375.000

**JURY DEMAND**   Yes ☐   No ☐

Signed this 22nd day of January, 20 23.

( Signature of Plaintiff)

| | |
|---|---|
| Name of Plaintiff: Christopher Sanders | Inmate Identification Number: 2100212 |
| Address: 301 N Maxwell Rd Peoria IL 61604 | Telephone Number: |