# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Christopher Sanders**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Peoria County Sheriff's Department,**<br>**Peoria County Jail, John/Jane Doe.**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>) Case Number: 23-1042<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Christopher Sanders' action against Defendants Peoria County Sheriff's Department, Peoria County Jail and John/Jane Doe is dismissed without prejudice for failure to state a claim.

Dated: 10/18/2023

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge